No. 17,492.

MERCERNA A. BROTHERS *v.* JOHN R. EVANS, ET AL.

(283 P. [2d] 1085)

Decided May 23, 1955.   Rehearing denied June 13, 1955.

Messrs. KRIPKE & McLEAN, for plaintiff in error.

Messrs. HODGES, SILVERSTEIN, HODGES & HARRINGTON, Mr. MARTIN J. HARRINGTON, Mr. HARRY S. SILVERSTEIN, JR., for defendants in error.

*En Banc.*

PER CURIAM.

Judgment affirmed without written opinion.